IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00268-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN TRAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion for an order allowing an expert to visit FMC Butner [DE 21]. The motion is GRANTED. Dr. Jill Grant is ALLOWED to visit the Defendant, Kevin Tran, at FMC Butner on Tuesday, August 22, 2023 and thereafter as needed to complete the evaluation and written report regarding competency to stand trial and insanity at the time of the alleged offense.

The United States shall make arrangements for these evaluations by Dr. Jill Grant and Dr. Hans Stelmach of 23 Psychiatry to be done expeditiously without unnecessary delay and shall notify all relevant agencies of this order.

SO ORDERED this 22d day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE