

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

August 21, 2023

The Honorable Richard E. Myers II
Chief United States District Judge
1003 South 17th Street
Wilmington, NC 28401

RE: TRAN, Kevin
    REGISTER NUMBER: 96706-007
    DOCKET NUMBER: 5:22-cr-00268-M

Dear Judge Myers:

The above-referenced individual was admitted to the Federal Medical Center (FMC), Butner, North Carolina, on November 4, 2019, pursuant to the provisions of Title 18, United States Code, Section 4241d, and has continuously resided at FMC Butner since that time. He was ultimately committed under Title 18, United States Code, Section 4246 on December 15, 2022. On August 2, 2023, the Court ordered a forensic evaluation pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4242. Of note, the current evaluation is related to criminal proceedings separate from those prompting the 2019 admission.

To avoid any perceived conflict of interest, the evaluation was assigned to be completed by a psychologist at the Federal Correctional Institution (FCI), Butner, North Carolina, on August 11, 2023. Mr. Tran will remain at FMC Butner during the period of evaluation. The assigned evaluator is in the process of conducting interviews and psychological testing with Mr. Tran, which are necessary to complete his evaluation. Based on the date of the Court's Order, we calculate the evaluation period to end on September 16, 2023. Due to the nature of the proceedings, amount of collateral information to review, and delay in assignment of an evaluator, we respectfully request the period of evaluation be extended by 30 days. If approved, we calculate the evaluation period to end on October 16, 2023. Staff will complete the evaluation report as soon as possible after that date and notify the Clerk of Court when the evaluation report is completed.

Thank you in advance for your assistance in this matter. If you need additional information, please contact Dr. Zonno, CTP Administrator, at (919) 575-454, ext. 3650.

Respectfully,

David Rich
Warden

[✓]    The above requested extension of time is hereby granted

[ ]    The above requested extension of time is not hereby granted

Signature: _Richard E Myers II_                    DATE: _9/1/2023_

Chief United States District Judge Richard E. Myers II

cc:    Jake D. Pugh, U.S. Attorney's Office
       Joseph H. Craven, Public Defender's Office
       Paul Downing, Public Defender's Office