IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00268-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN TRAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to file his psychiatric report out of time [DE 29]. For good cause shown, the motion is GRANTED. The court deems the report at DE 30 timely filed.

SO ORDERED this 12th day of December, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE